United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel M. Finegan  
    Debtor

Case No. 19-11819-elf  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Jun 24, 2019 |
| | Form ID: pdf900 | Total Noticed: 5 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
```
db             +Daniel M. Finegan,    2638 Bancroft Drive,    Aston, PA 19014-1702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 25 2019 03:10:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: mstranen@marcushoffman.com Jun 25 2019 03:08:49
                 Cherry Tree Knoll Homeowners Association,    c/o Michelle J. Stranen,    326 West State Street,
                 Media, PA 19063-3861
                                                                                              TOTAL: 4
```

```
                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
              MICHELLE JEANNE STRANEN     on behalf of Creditor    Cherry Tree Knoll Homeowners Association
               mstranen@marcushoffman.com
              PATRICIA M. MAYER    on behalf of Debtor Daniel M. Finegan patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Daniel M. Finegan<br>Debtor(s) | CHAPTER 7 |
| DITECH FINANCIAL LLC<br>Movant<br>vs.<br>Daniel M. Finegan<br>Debtor(s) | NO. 19-11819 ELF<br><br>11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow DITECH FINANCIAL LLC and its successor in title to proceed with all necessary post-Sheriff's Sale activity regarding the premises, 403 Dogwood Circle, Aston, PA 19014 ("the Premises"), including recording of the sheriff's deed. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

IT IS FURTHER STIPULATED AND VOLUNTARILY AGREED THAT:

1. The recitals are incorporated herein and made a part hereof;

2. The Premises went to Sheriff's Sale in Delaware County on February 15, 2019 pursuant to the foreclosure judgment held by Movant.

3. The Sale occurred prior to the filing of the instant bankruptcy and is thus valid.

4. Further, under Pennsylvania state law, Debtor has no right of redemption in the mortgage foreclosure action.

5. Debtor agrees that Movant may now proceed with recording the Sheriff's Deed for the Premises.

6. Debtor agrees that Movant may now proceed with any other necessary post-Sale activity with regards to the Premises.

7. Debtor agrees that Movant may proceed with securing the Premises as necessary.

8. This Stipulation represents the totality of the agreement between the parties;

9. Any modifications, retractions or revisions must be in writing and signed by all parties;

10. The parties agree that a facsimile signature shall be considered an original signature.

Date:   April 25, 2019                                  By: /s/ Rebecca A. Solarz, Esquire
                                                        Attorney for Movant

Date: 5/6/19                                            *Patricia M. Mayer*
                                                        Patricia M. Mayer Esq.
                                                        Attorney for Debtor(s)

**O R D E R**

Approved by the Court this 24th day of June, 2019. ~~However, the court retains discretion regarding entry of any further order.~~

_____
Bankruptcy Judge
Eric L. Frank